1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OSMAN ALBERTO ALMENDAREZ CARCAMO,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSA; et al.,<br><br>Respondents. | Case No.: 25-cv-02041-GPC-SBC<br><br>**ORDER ON JOINT MOTION TO VACATE**<br><br>**[ECF No. 8]** |

Having considered the parties' Joint Motion to Vacate, and finding the joint motion meritorious, the Court **GRANTS** the motion and **ORDERS** that the hearing set for August 25, 2025 is **VACATED** and the briefing schedule is **VACATED**, and if this case has not been dismissed by August 22, 2025, the parties shall file a joint status report.

**IT IS SO ORDERED.**

Dated: August 15, 2025

Hon. Gonzalo P. Curiel
United States District Judge